IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10CR114 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue violation of supervised release hearing (filing 79) is granted.

2. Defendant Joshua Z. Dortch's violation of supervised release hearing is continued to October 12, 2108, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge