IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR114 |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 89) is granted.

2. Defendant Joshua Z. Dortch's violation of supervised release hearing is continued to June 28, 2019, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of March, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge