IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:10CR114** |
| vs. | |
| JOSHUA Z. DORTCH, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1.    The defendant's Unopposed Motion to Continue (filing 95) is granted.

2.    Defendant Joshua Z. Dortch's violation of supervised release hearing is continued to March 20, 2020, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of December, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge